IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAURICE T. HERRING,

    Petitioner,

v.                                                                 4:19cv386–WS/HTC

RICKY D. DIXON,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 24) docketed January 20, 2022. The magistrate judge recommends that the petitioner's petition (ECF No. 1) for writ of habeas corpus be denied. The petitioner has filed no objections to the report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 24) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's petition (ECF No. 1) for writ of habeas corpus is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is denied."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this __8th__ day of __March__, 2022.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE